159 So. 262

## WILDER MERCANTILE CO. v. LE MAISTRE GINNING CO.

4 Div. 800.

Supreme Court of Alabama.

Jan. 24, 1935.

Rehearing Denied Feb. 21, 1935.

E. O. Baldwin, of Andalusia, for petitioner.

Powell, Albritton & Albritton, of Andalusia, opposed.

GARDNER, Justice.

Petition of Le Maistre Ginning Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wilder Mercantile Co. v. Le Maistre Ginning Co., 159 So. 260.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.